UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2575

UNITED STATES OF AMERICA

v.

JOHN T. TERRY,
a/k/a Tyree Terry,
Appellant

(W.D. Pa. No. 3:18-cr-00024-001)

Present:  HARDIMAN, PHIPPS, and FREEMAN, Circuit Judges

1. Motion by Appellee USA to Award Costs; and

2. Response by Appellant John T. Terry to Appellant's Motion to Award Costs.


Respectfully,
Clerk/tmk


_____ORDER_____
The Motion by Appellee USA to Award Costs related to the preparation of the record is denied.  *Cf.* Fed. R. App. P. 10.


By the Court,

s/ Peter J. Phipps
Circuit Judge

Dated: 6 May 2025
        AWI/CC: DJC, LSI, MMR, SIT